UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80018-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS C. CORREA,

    Defendant.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 95] issued by United States Magistrate Judge James M. Hopkins on Defendant's Motion for Bond Pending Appeal [DE 89]. The government has not filed any objections. The Court has considered the Report and Recommendation, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The Defendant's bond is hereby modified to be a $200,000 personal surety bond co-signed by his parents and secured by their development property in Puerto Rico valued at $100,000-$200,000, which is not to be encumbered or transferred while Defendant is on release without prior court order, the Defendant shall be allowed to be employed flying in the continental U.S. and Puerto Rico, after giving advance notice by fax or e-mail of his FAA flight plans to U.S. Probation and that the Defendant report once a month in person and weekly by phone, as directed by the U.S. Probation Office.

Defendant shall contact the Magistrate Judge's chambers to submit the proper bond appearance paperwork with signatures.

   **DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 6th day of July, 2012.

                    _____
                    KENNETH A. MARRA
                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel